SYLVIA BENINTENDI, Respondent, *v.* MARIE BENINTENDI, as Administratrix of the Estate of JAMES V. BENINTENDI, Appellant.

Argued January 5, 1949; decided January 13, 1949.

*George J. Todaro* for appellant.
*Milton N. Redman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.